UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARMA CANTER,                                )
         Plaintiff,                    )
                                             )   No. 1:23-cv-179
-v-                                          )
                                             )   Honorable Paul L. Maloney
HSD II, LLC, *et al.*,                       )
         Defendants.                   )
                                             )

## JUDGMENT

The court has resolved all pending claim. Therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  October 7, 2025                     /s/  Paul L. Maloney
                                                                                        Paul L. Maloney
                                                                                        United States District Judge